MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar. No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone:   (702) 362-6666
Facsimile:   (702) 362-2203
*Attorneys for Plaintiff,*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; <br><br> Plaintiff <br><br> v. <br><br> RENE VIDES, an individual; SONIA CARDOZA-CASTILLO, an individual; TONYA LISAMARIE AGUILAR, an individual; DAVID TYLER AGUILAR, an individual; KAILEY MARIE AGUILAR, an individual; WELL CARE PHARMACY LIEN SERVICES, LLC, a Nevada limited liability company; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware limited liability company; SEVEN HILLS SURGERY CENTER LLC, a Nevada limited liability company; LAS VEGAS RADIOLOGY, LLC, a Nevada limited liability company; VEGAS MEDICAL CENTER PLLC, a Nevada NT7 Business License General Partnership; FREMONT EMERGENCY SERVICES (MANDAVIA), LTD, a Delaware limited company; LYONS PHYSICAL THERAPY LLC, a Nevada limited liability company; EPION INSTITUTE FOR SPINE AND JOINT PAIN LLC, a Nevada limited liability company; and VALLEY ANESTHESIOLOGY CONSULTANTS (BECKETT) PLLC, a Nevada professional limited liability company; <br><br> Defendants. | Case No.:  2:20-cv-00236-GMN-NJK <br><br> **STIPULATION AND ORDER TO DEPOSIT INTERPLEADER FUNDS** |

## STIPULATION AND ORDER TO FILE FIRST AMENDED COMPLAINT

Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm") and Defendant TONYA LISAMARIE AGUILAR hereby stipulate and agree that, with the approval of this Court, State Farm be authorized to file a First Amended Complaint as follows:

## RECITALS

1. On February 3, 2020, State Farm filed its Complaint.[1]

2. In this Complaint, State Farm brought claims for Declaratory Relief and Interpleader.[2]

3. State Farm named every individual or entity known or believed to have a claim against any potential proceeds obtained by Tonya Lisamarie Aguilar, Kailey Marie Aguilar, and David Tyler Aguilar (the "Claimants") as a result of a motor vehicle accident.

4. On June 15, 2020 the Parties filed a Stipulation and Order to File First Amended Complaint. Therein, the Parties sought authority to (a) file a First Amended Complaint; and (b) deposit $30,000.00 with the registry of the Court consistent with 28 U.S.C. § 1335.[3]

5. On June 16, 2020 this Court entered an Order granting in part and denying in part the Parties' Stipulation and Order to File First Amended Complaint.[4] This Order authorized the filing of the First Amended Complaint, and otherwise denied the motion pursuant to LR IC 2-2(b) ("Document Events") without prejudice to refiling.[5]

6. In the First Amended Complaint attached to the Stipulation and Order to File First Amended Complaint, State Farm asserts an additional jurisdictional ground via 28 U.S.C. § 1335, which provides in part:

§ 1335. Interpleader

(a) The district courts shall have original jurisdiction of any civil action of interpleader or in the nature of interpleader filed by any person, firm, or corporation, association, or society having in his or its custody or possession money or property of the value of $500 or more, or

---

[1] ECF No. 1
[2] *Id.* at 12-16.
[3] ECF No. 31.
[4] ECF No. 32.
[5] *Id.*

having issued a note, bond, certificate, policy of insurance, or other instrument of value or amount of $500 or more, or providing for the delivery or payment or the loan of money or property of such amount or value, or being under any obligation written or unwritten to the amount of $500 or more[.][6]

7. To acquire jurisdiction pursuant to 28 U.S.C. § 1335, "a "stake " or "res" must exist that is "under the control of the person bringing the lawsuit so as to be deliverable to the registry of the court.""[7]

8. The Local Rules of Practice of the United States District Court for the District of Nevada require that the party seeking to deposit the funds obtain an order from the Court allowing the deposit.[8]

9. The Parties agree that, pursuant to State Farm 28 U.S.C. § 1335, State Farm should be authorized to deposit $30,000.00 with the registry of the Court, and that this is sufficient to establish jurisdiction over this matter.

10. No other parties have thus far appeared in the above-captioned matter.

### STIPULATION

1. Accordingly, subject to this Court's authorization and approval, the Parties stipulate and agree as follows:

   a. State Farm is authorized to deposit the contested $30,000.00 aggregate amount of bodily injury liability policy limits at issue with the registry of the Court;

   b. That by depositing the contested $30,000.00 aggregate amount of bodily injury liability policy limits at issue with the registry of the Court, State Farm has satisfied the requirements of 28 U.S.C. § 1335, resulting in this Court's original jurisdiction

. . .

---

[6] 28 U.S.C. § 1335.
[7] *Nevada v. Pioneer Companies, Inc.*, 245 F. Supp. 2d 1120, 1125 (D. Nev. 2003); *see also Kitzer v. Phalen Park State Bank of St. Paul*, 379 F.d 650 (8th Cir. 1967); *Smith v. Widman Trucking & Excavating Inc.*, 627 F.2d 792 (7th Cir. 1980).
[8] LR II 67-1.

over the above-captioned matter.

| KRAVTIZ, SCHNITZER & JOHNSON, CHTD. | MADDOX, ISAACSON, CISNEROS LLP |
|---|---|
| By: /s/ Martin J. Kravitz | By: /s/ Barbara McDonald |
| MARTIN J. KRAVITZ, ESQ.<br>Nevada Bar No. 83<br>MICHAEL R. ESPOSITO<br>Nevada Bar No. 13482<br>8985 So. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>*Attorneys for Plaintiff,*<br>*State Farm Mutual Automobile Ins.*<br>*Company* | TROY L. ISAACSON, ESQ..<br>Nevada Bar No. 6690<br>NOBERTO J. CISNEROS, ESQ.<br>Nevada Bar No. 8782<br>BARBARA M. MCDONALD, ESQ.<br>Nevada Bar No. 11651<br>11920 Southern Highlands Parkway, Suite 100<br>Las Vegas, Nevada 89141<br><br>KELLY K. HUANG, ESQ.<br>3100 East Charleston Boulevard, Suite 109<br>Las Vegas, Nevada 89104<br>*Attorneys for Defendant Tonya Lisamarie Aguilar* |

**IT IS SO ORDERED.**

DATED: June 18, 2020

_____
United States Magistrate Judge