Troy L. Isaacson, Esq., NV Bar No. 6690
Norberto J. Cisneros, Esq., NV Bar No. 8782
Barbara M. McDonald, Esq., NV Bar No. 11651
**MADDOX | ISAACSON | CISNEROS LLP**
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141
Telephone: (702) 366-1900
Facsimile: (702) 366-1999

Kelly K. Huang Esq.
**HUANG & ASSOCIATES**
3100 East Charleston Blvd., Suite 109
Las Vegas, NV 89104
*Attorneys for Defendants Tonya Lisamarie Aguilar,
   Kailey Marie Aguilar, and David Tyler Aguilar*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RENE VIDES, an individual; SONIA CARDOZA-CASTILLO, an individual; TONYA LISAMARIE AGUILAR, an individual; DAVID TYLER AGUILAR, an individual; KAILEY MARIE AGUILAR, an individual; WELL CARE PHARMACY LIEN SERVICES, LLC, a Nevada limited liability company; SUNRISE HOSPITAL AND MEDICAL CENTER, LLC, a Delaware limited liability company; SEVEN HILLS SURGERY CENTER LLC, a Nevada limited liability company; LAS VEGAS RADIOLOGY, LLC, a Nevada limited liability company; VEGAS MEDICAL CENTER PLLC, a Nevada NT7 Business License General Partnership; FREMONT EMERGENCY SERVICES (MANDAVIA), LTD, a Delaware limited company; LYONS PHYSICAL THERAPY LLC, a Nevada limited liability company; EPION INSTITUTE FOR SPINE AND | Case No: 2:20-cv-00236-GMN-NJK<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION AND FILE ANSWER** |

1

1  JOINT PAIN LLC, a Nevada limited liability
   company; and VALLEY
2  ANESTHESIOLOGY CONSULTANTS
   (BECKETT) PLLC, a Nevada professional
3  limited liability company;

9                    Defendants.

11   Plaintiff, State Farm Mutual Automobile Insurance Company ("State Farm"), and Defendant
12 TONYA LISAMARIE AGUILAR ("Mrs. Aguilar") hereby stipulate and agree that Mrs. Aguilar
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

2

hereby withdraws her Motion to Dismiss (ECF No. 19), and that her Answer shall be filed within 10 days of execution of the Court's Order below.

IT IS SO STIPULATED.

**KRAVTIZ, SCHNITZER & JOHNSON, CHTD.**

By: _/s/ Michael R. Esposito_
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO
Nevada Bar No. 13482
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff,*
*State Farm Mutual Automobile Ins. Company*

By: _____
NOBERTO J. CISNEROS, ESQ.
Nevada Bar No. 8782
BARBARA M. MCDONALD, ESQ.
Nevada Bar No. 11651
11920 Southern Highlands Parkway, Suite 100
Las Vegas, Nevada 89141

Kelly K. Huang, Esq. NV Bar No. 10372
HUANG AND ASSOCIATES
3100 East Charleston Blvd., Suite 109
Las Vegas, NV 89104
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this __3__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT