UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No.: 2:20-cv-00236-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 48] |
| RENE VIDES, et al., | |
| Defendant(s). | |

Pending before the Court is a motion for Norberto Cisneros and Barbara McDonald to withdraw as counsel for the Aguilar Defendants. Docket No. 48.[1] No response has been filed. For good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED.

Dated: July 30, 2020

Nancy J. Koppe
United States Magistrate Judge

---

[1] The motion seeks withdrawal by Maddox, Isaacson, Cisneros LLP as attorneys of record, without specifying the particular attorneys at issue. Docket No. 48. The docket currently identifies attorney Troy Isaacson as being affiliated with a different firm and his name is not listed in the caption of the motion to withdraw. Accordingly, the Court does not construe the pending motion as seeking withdrawal by Mr. Isaacson as attorney of record.

The Aguilar Defendants are also represented by attorney Kelly Huang, who is expressly identified in the pending motion as remaining counsel of record.

1