# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | Case No.: 2:20-cv-00236-GMN-NJK |
| Plaintiff(s), | **Order** |
| v. | [Docket No. 51] |
| RENE VIDES, et al., | |
| Defendant(s). | |

Pending before the Court is a motion for Troy Isaacson to withdraw as counsel for the Aguilar Defendants. Docket No. 51. For good cause shown, the motion is **GRANTED**.

IT IS SO ORDERED.

Dated: August 6, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1