# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>  Plaintiff(s),<br><br>v.<br><br>RENE VIDES, et al.,<br><br>  Defendant(s). | Case No.: 2:20-cv-00236-GMN-NJK<br><br>**Order**<br><br>[Docket No. 54] |

Pending before the Court is Plaintiff's motion to reopen and extend deadlines. Docket No. 54. Any response must be filed by August 19, 2020, and any reply must be filed by August 21, 2020.

IT IS SO ORDERED.

Dated: August 17, 2020

                                                                                                   _____
                                                                                                   Nancy J. Koppe
                                                                                                   United States Magistrate Judge

1