# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff(s),<br><br>v.<br><br>RENE VIDES, et al.,<br><br>    Defendant(s). | Case No.: 2:20-cv-00236-GMN-NJK<br><br>**Order**<br><br>[Docket No. 60] |

Pending before the Court is Plaintiff's motion to reopen and extend deadlines. Docket No. 60. Any response must be filed by August 27, 2020, and any reply must be filed by August 28, 2020.

IT IS SO ORDERED.

Dated: August 25, 2020

Nancy J. Koppe
United States Magistrate Judge