MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO, ESQ.
Nevada Bar. No. 13482
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada  89123
Telephone:     (702) 362-6666
Facsimile:      (702) 362-2203
*Attorneys for Plaintiff,*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a corporation;

Plaintiff

v.

RENE VIDES, an individual; SONIA
CARDOZA-CASTILLO, an individual;
TONYA LISAMARIE AGUILAR, an
individual; DAVID TYLER AGUILAR, an
individual; KAILEY MARIE AGUILAR, an
individual; WELL CARE PHARMACY
LIEN SERVICES, LLC, a Nevada limited
liability company; SUNRISE HOSPITAL
AND MEDICAL CENTER, LLC, a Delaware
limited liability company; SEVEN HILLS
SURGERY CENTER LLC, a Nevada limited
liability company; LAS VEGAS
RADIOLOGY, LLC, a Nevada limited
liability company; VEGAS MEDICAL
CENTER PLLC, a Nevada NT7 Business
License General Partnership; FREMONT
EMERGENCY SERVICES (MANDAVIA),
LTD, a Delaware limited company; LYONS
PHYSICAL THERAPY LLC, a Nevada
limited liability company; EPION
INSTITUTE FOR SPINE AND JOINT PAIN
LLC, a Nevada limited liability company;
VALLEY ANESTHESIOLOGY
CONSULTANTS (BECKETT) PLLC, a
Nevada professional limited liability
company; MCFARLING LAW GROUP, a
Nevada limited liability company; THE

Case No.:   2:20-cv-00236-GMN-NJK

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AND DISBURSEMENT OF INTERPLEADER FUNDS

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

1

2

3

FIRM, P.C. a Nevada professional corporation; and MADDOX ISAACSON CISNEROS, LLP, a Nevada limited liability company,

Defendants.

4

5

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

6

7

8

9

10

11

12

13

COMES NOW, Pursuant to Local Rules LR IA 6-2 and LR 7-1, Plaintiff State Farm Mutual Automobile Insurance Company ("State Farm"), by and through its counsel of the law firm KRAVITZ, SCHNITZER & JOHNSON CHTD., defendants Tonya Lisamarie Aguilar, David Tyler Aguilar and Kailey Marie Aguilar, by and through their counsel of the law firm INJURY LAWYERS OF NEVADA, Defendant MADDOX ISAACSON CISNEROS, LLP, by and through its counsel of the law firm MADDOX AND CISNEROS LLP, and Defendant LYONS PHYSICAL THERAPY, by and through its counsel the LAW OFFICE OF JUSTIN PATRICK STOVALL, and hereby stipulate as follows:

14

15

1. The Parties stipulate and agree to dismiss Plaintiff's First Amended Complaint with prejudice, with each Party to bear their own fees and costs;

16

17

2. The Parties further stipulate and agree that all hearings, conferences and deadlines in the above-captioned matter are hereby VACATED;

18

19

3. State Farm voluntarily dismisses its claims against all other Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i); and

20

21

4. The Parties further stipulate and agree that the $30,000.00 interpleader deposit posted by State Farm on July 7, 2020[1] shall be discharged and released to the Kravtiz,

22

. . .

23

. . .

24

. . .

25

. . .

26

. . .

27

. . .

28

---

[1] *See* ECF No. 46.

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123

Schnitzer & Johnson, Chtd. trust account.

DATED this 3rd day of February, 2021.

**KRAVTIZ, SCHNITZER & JOHNSON,**
**CHTD.**

By: /s/ Michael R. Esposito, Esq.
MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
MICHAEL R. ESPOSITO
Nevada Bar No. 13482
8985 So. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
*Attorneys for Plaintiff,*
*State Farm Mutual Automobile Ins. Company*

**INJURY LAWYERS OF NEVADA**

By: /s/ Jared B. Anderson, Esq.
David J. Churchill, Esq.
Nevada Bar No. 7308
Jared B. Anderson, Esq
Nevada Bar No. 9747
4001 Meadows Lane
Las Vegas, Nevada 89107

KELLY K. HUANG, ESQ.
3100 East Charleston Boulevard, Suite 109
Las Vegas, Nevada 89104
*Attorneys for Defendants Tonya Lisamarie*
*Aguilar, David Aguilar and Kailey Marie*
*Aguilar*

**MADDOX & CISNEROS LLP**

By: /s/ Norberto J. Cisneros, Esq.
Norberto J. Cisneros, Esq.
Nevada Bar No. 8782
Barbara M. McDonald, Esq.
Nevada Bar No. 11651
3230 South Buffalo Drive, Suite 108
Las Vegas, Nevada 89117

**LAW OFFICE OF JUSTIN PATRICK**
**STOVALL**

By: /s/ Justin Patrick Stovall, Esq.
Justin Patrick Stovall, Esq.
Nevada Bar No. 11723
2300 W Sahara Ave Ste 800
Las Vegas, NV 89102
702-586-4744
Fax: (702) 258-0093
Email: justin@jpstovall.com

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant David Tyler
Aguilar and Kailey Marie Aguilar's Motion to Dismiss, (ECF No.
37), is **DENIED as moot.**

Dated this __4__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

KRAVITZ, SCHNITZER & JOHNSON, CHTD.
Attorneys
8985 S. Eastern Ave., Suite 200
Las Vegas, Nevada 89123